IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **04 CR 10348 MEL** |
| | CRIMINAL ACTION |
| v. | Count One: |
| MARIO RODRIGUEZ PERALTA a/k/a | 8 U.S.C. 1326(a) |
| MARIO RODRIGUEZ, a/k/a | (Illegal Re-entry of |
| MARIO P. RODRIGUES, a/k/a | Deported Alien) |
| MARIO RODRIGUEZ JOSE RIVERA, a/k/a | |
| TOMAS ALVAREZ, a/k/a | |
| MARIO RODRIGUES, a/k/a | |
| MARIO RIVERA | |

## INDICTMENT

**COUNT ONE**:  8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about November 1, 2004, at Boston, in the District of Massachusetts,

MARIO RRODRIGUEZ PERALTA a/k/a
MARIO RODRIGUEZ, a/k/a
MARIO P. RODRIGUES, a/k/a
MARIO ARODRIGUEZ JOSE RIVERA, a/k/a
TOMAS ALVAREZ, a/k/a
MARIO RODRIGUES, a/k/a
MARIO RIVERA, a/k/a

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the

United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
NADINE PELLEGRINI
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS        November 23, 2004 @ 4:31 PM

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

04cr10348MEL

| | | |
|---|---|---|
| Place of Offense: _____ | Category No. __II__ | Investigating Agency __ICE__ |
| City __Boston__ | Related Case Information: | |
| County __Suffolk__ | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name  __Mario Rodriquez Peralta__                     Juvenile  [ ] Yes  [x] No

Alias Name  __See indictment listing__

Address  _____

Birth date (Year only): __1969__   SSN (last 4 #): __N/A__   Sex __M__   Race: __H__   Nationality: __Dominican__

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __Nadine Pellegrini__                Bar Number if applicable _____

Interpreter:   [x] Yes  [ ] No          List language and/or dialect:   __Spanish__

Matter to be SEALED:   [ ] Yes  [x] No

[x] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____

[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial

[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:  [ ] Petty ___   [ ] Misdemeanor ___   [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/23/04        Signature of AUSA: /s/ Nadine Pellegrini

◥JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): 04CR 10348 MEL

Name of Defendant _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326(a) | Illegal re-entry by deported alien | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**