AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHSUETTS

UNITED STATES OF AMERICA

v.

Mario Rodriguez Peralta a/k/a Mario Rodriguez a/k/a
Mario P. Rodriguez a/k/a Mario Rodriguez Jose Rivera
a/k/a Tomas Alvarez a/k/a Mario Rivera

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10348 MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mario Rodriguez Peralta a/k/a Mario Rodriguez, a/k/a Mario P. Rodriguez, a/k/a Mario Rodriguez Jose Rivera, a/k/a Tomas Alvarez a/k/a Mario Rivera
                                                           Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

Illegal re-entry after deportation

in violation of Title 8 United States Code, Section(s) 1326(a)

Catherine M. Gawlik
Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11-24-04  Boston
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY FCE
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/24/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.