UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10348 MEL |
| ) | |
| MARIO RODRIGUEZ PERALTA    ) | |
| ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant Mario Rodriguez Peralta, by and through his undersigned attorney, hereby moves Court for a continuance of the status hearing that has been set in this matter for Wednesday, January 12, 2005 at 10:30 to a date to Tuesday, March 8, 2005 at 10:30. In support of this motion counsel states that she requires the additional time to prepare for the hearing, as the defendant has a prior conviction in another state that greatly impacts his sentence in this case and counsel needs time to obtain the papers on that case. If the Court grants this continuance, the government and defendant request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) for the period of the continuance. The Assistant United States Attorney assigned to this case, Nadine Pellegrini, has no objection to this request.

                                                                 MARIO RODRIGUEZ PERALTA
                                                                 By his attorney,
                                                                 /s/ Page Kelley
                                                                 Page Kelley
                                                                   B.B.O. #548237
                                                                Federal Defender Office
                                                                408 Atlantic Avenue, 3rd Floor
                                                                Boston, MA 02110
                                                               Tel: 617-223-8061

Date: January 11, 2005