UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) <u>Criminal No. 04-10348-MEL</u><br>)<br>) |
| MARIO RODRIGUES-PERALTA | |

**JOINT MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Page Kelley, Esq. counsel for the Defendant, hereby move this court to exclude the following period of time:

(1) From March 8, 2005, date of the initial status conference, until April 14, 2005, date of the final status conference.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F).

                                        Respectfully submitted,

For the Defendant:                      MICHAEL J. SULLIVAN
MARIO RODRIGUES PERALTA                 United States Attorney


/s/ Page Kelley                         By:/s/Nadine Pellegrini
PAGE KELLEY, ESQ.                       NADINE PELLEGRINI
Federal Defender's Office               Assistant U.S. Attorney


Dated: March 8, 2005