```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA            Criminal No.04-10348-MEL

v.

MARIO RODRIGUES PERALTA


               REPORT ON INITIAL STATUS CONFERENCE

BOWLER, M.J.

     On March 8, 2005, the parties appeared before this Court for
an Initial Status Conference.  With regard to the following
issues, the parties represent that:

1.   Unusual or complex issues presented requiring early joint
     conference of District Judge and Magistrate Judge with
     attorneys:

     For the government: None
     For the defense:    None

2.   Features of case that deserve special attention or
     modification of the standard schedule


     For the government: None at the moment
     For the defense:    None at the moment

3.   Anticipated supplemental discovery

     For the government: None
     For the defense:    None

4.   Discovery concerning expert witnesses pursuant to Fed. R.
     Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

     If the matter proceeds to trial, the government expects to
     call a witness as to fingerprint identification.
```

5.   Applicable periods of excludable delay under Speedy Trial Act

   From 11/24/04 (date of initial appearance) until 3/8/05 (date of initial status conference)

   From 3/8/05 (date of initial status conference) until April 14, 2005 (date of final status conference)

6.   Trial is not anticipated.  Estimated duration of trial

   Approximately 2-3 days

7. Other matters:

   For the government: None
   For the defense:    None

| /s/Page Kelley, | /s/Nadine Pellegrini |
|---|---|
| Page Kelley, Esq. | Nadine Pellegrini, Esq. |
| Counsel for the Defendant | Assistant U.S. Attorney |

Dated: March 8, 2005