UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            v.                      )  <u>Criminal No. 04-10348-MEL</u>
                                    )
                                    )
MARIO RODRIQUEZ-PERALTA

**JOINT MOTION TO EXCLUDE TIME FROM APRIL 14, 2005 UNTIL MAY 26, 2005**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Page Kelley, Esq. counsel for the Defendant, hereby move this court to exclude the following period of time:

(1) From April 14, 2005 until May 26, 2005.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) as counsel needs to confirm whether or not the Defendant will hire new counsel and to further examine the Defendant's prior record.

Respectfully submitted,


For the Defendant:          MICHAEL J. SULLIVAN
MARIO RODRIGUES PERALTA     United States Attorney


/s/ Page Kelley             By:/s/Nadine Pellegrini
PAGE KELLEY, ESQ.           NADINE PELLEGRINI
Federal Defender's Office   Assistant U.S. Attorney


Dated: April 14, 2005