UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10348 MEL |
| ) | |
| MARIO RODRIGUEZ PERALTA ) | |
| ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS DATE FOR TWO WEEKS

Now comes the defendant through counsel and requests that the status date set for Thursday, May 26 at 10:00 a.m. be continued to the week of June 13. The defendant so requests because for the past month she understood that a private attorney was taking this case, but was informed by the client yesterday that he is not. Therefore counsel needs to go to the Plymouth County Correctional Facility with an interpreter to talk to the defendant about the case and determine whether the defendant is ready to plead guilty.

The Assistant United States Attorney assigned to this case, Nadine Pellegrini, has no objection to this request.

The parties request that the period of time between the scheduled status conference of May 26 2005, and the date of the next status conference be excluded from the calculations of the Speedy Trial Act, in the interests of justice.

MARIO RODRIGUEZ PERALTA
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: May 25, 2005