UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                   )
        v.                 ) <u>Criminal No. 04-10348-MEL</u>
                                   )
                                   )

MARIO RODRIQUEZ-PERALTA

**JOINT MOTION TO TRANSFER CASE TO DISTRICT COURT FOR RULE 11
HEARING**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Page Kelley, Esq. counsel for the Defendant, hereby move this court to (1) transfer the above-captioned case to the District Court in order that a Rule 11 hearing can be scheduled as soon as convenient for the court and both parties and (2) cancel the Final Status Conference currently scheduled for June 15, 2005.

                                  Respectfully submitted,

For the Defendant:           MICHAEL J. SULLIVAN
MARIO RODRIGUEZ PERALTA     United States Attorney


/s/ Page Kelley               By:/s/Nadine Pellegrini
PAGE KELLEY, ESQ.          NADINE PELLEGRINI
Federal Defender's Office     Assistant U.S. Attorney


Dated: June 13, 2005