UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) <u>Criminal No. 04-10348-MEL</u> |
| | ) |
| | ) |
| MARIO RODRIQUEZ-PERALTA | |

**JOINT MOTION TO EXCLUDE TIME FROM MAY 26, 2005 UNTIL JUNE 13, 2005**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Page Kelley, Esq. counsel for the Defendant, hereby move this court to exclude the following period of time:

(1) From May 26, 2005 until June 13, 2005.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(8)(A) as counsel conferred to determine whether or not the defendant would resolve this matter by a plea.

Respectfully submitted,

| | |
|---|---|
| For the Defendant: | MICHAEL J. SULLIVAN |
| MARIO RODRIGUES PERALTA | United States Attorney |
| | |
| /s/ Page Kelley | By:/s/Nadine Pellegrini |
| PAGE KELLEY, ESQ. | NADINE PELLEGRINI |
| Federal Defender's Office | Assistant U.S. Attorney |

Dated: June 13, 2005