```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.                         ) | Criminal No. 04-10348-MEL |
| ) | |
| ) | |
| MARIO RODRIQUEZ-PERALTA | |

**FINAL STATUS CONFERENCE REPORT**

The undersigned parties report the following:

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendant has not filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial.

6. There is no other matter which requires a schedule be set in the case.

7. The parties have resolved this case and report that the matter can be scheduled for a hearing pursuant to Fed.R.Crim.P. 11.

8. There are periods of excludable delay under the Speedy Trial Act.

    (a)  Total amount of time excludable under the Speedy Trial Act:

        Time from 3/8/05 until 4/14/05.

        Time from 4/14/05 until 5/26/05

       Time from 5/26/05 to 6/10/05

  (b)   Amount of time remaining under the Speedy Trial Act before trial must commence:

       70 days

9.  This matter will be resolved by a plea.

By the government:                         By the Defendant:

/s/ Nadine Pellegrini                /s/Page Kelley, Esq.  
Nadine Pellegrini, AUSA             Page Kelley, Esq.

Dated: 6/13/05