# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10348-MEL

UNITED STATES OF AMERICA

v.

MARIO RODRIGUEZ PERALTA
a/k/a Mario Rodriguez
a/k/a Mario P. Rodrigues
a/k/a Mario Rodriguez Jose Rivera
a/k/a Tomas Alvarez
a/k/a Mario Rodrigues
a/k/a Mario Rivera

## FINAL STATUS REPORT

June 15, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with illegal reentry of a deported alien, was returned on November 23, 2004;

2. The defendant was arraigned on the Indictment on December 1, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately four witnesses and that the trial would last approximately two days;

5. Counsel for the defendant has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through June 13, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.


 /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

2