UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10348 MEL |
| | ) | |
| MARIO RODRIGUEZ PERALTA | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant Mario Rodriguez Peralta, by and through his undersigned attorney, hereby moves the Court for a continuance of the sentencing hearing presently scheduled for Thursday, September 29, to a date in early November. Counsel so moves because there are issues, legal and factual, pertinent to sentencing which she requires additional time to investigate and research. The Assistant United States Attorney assigned to this case, Nadine Pellegrini, has no objection to this request.

                                                MARIO RODRIGUEZ PERALTA
                                                By his attorney,
                                                /s/ Page Kelley
                                                Page Kelley
                                                  B.B.O. #548237
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA 02110
                                                Tel: 617-223-8061

Date: September 6, 2005