UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10348 MEL |
| | ) | |
| MARIO RODRIGUEZ PERALTA | ) | |
| | ) | |

NOTICE OF APPEAL

Defendant, Mario Rodriguez Peralta, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentence entered on October 28, 2005.

                                                MARIO CONTRERAS-PALACIOS
                                                By his attorney,

                                                /s/ Page Kelley
                                                Page Kelley
                                                  B.B.O. #548237
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061

Date: November 7, 2005